No. 84–6034. SMITH v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 84–6076. RABB v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–6090. KANE v. FLORIDA STATE ATTORNEY GENERAL ET AL. C. A. 6th Cir. Certiorari denied.

No. 84–6134. ALEXANDER v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 84–6150. SMITH v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 84–6190. JUDD v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–6231. DOE v. MICHIGAN DEPARTMENT OF SOCIAL SERVICES ET AL. Ct. App. Mich. Certiorari denied.

No. 84–6240. SPEEDY v. WYRICK, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 84–6241. LEE v. ALDERMAN ET AL. C. A. 4th Cir. Certiorari denied.

No. 84–6242. MIDWIFE v. EL PASO MATERNITY NURSING HOME ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–6244. WARD v. OKLAHOMA ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 84–6245. KIMBALL v. LEWELLEN ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–6252. PHILLIPS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 84–6257. LUCIEN v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.